# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>Keadron Deon Walker | )<br>)<br>) Case No. 3:25-mj-00089- MMS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 13, 2025 , at or near  409 N. Lane St, Anchorage, AK  in the _____ District of  Alaska , the defendants violated:

1. Felon in possession of a firearm, in violation of 18 U.S.C. Section 922 (g)(1). This criminal complaint is based on these facts:

See attached affidavit.

• Continued on the attached sheet.

*Complainant's signature*

Austin Hatch, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephonically sworn and affirmed.**  *(specify reliable electronic means).*

Date: February ~~13,~~ 2025
            14

Digitally signed by Matthew M. Scoble
Date: 2025.02.14 09:09:38 -09'00'

*Judge's Signature*

City and state:  **Anchorage, Alaska** 

Matthew M. Scoble
~~Kyle F. Reardon~~ U.S. Magistrate Judge
*Printed name and title*