KATHRYN R. VOGEL
First Assistant U.S. Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Stephan.Collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:25-cr-00014-SLG-KFR |
|---|---|
| Plaintiff, | COUNT 1:<br>FELON IN POSSESSION OF FIREARMS<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| vs. | |
| KEADRON DEON WALKER, | |
| Defendant. | CRIMINAL FORFEITURE ALLEGATION:<br>  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

Beginning at a date unknown to the grand jury and continuing until on or about February 13, 2025, within the District of Alaska, the defendant KEADRON DEON WALKER, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting

interstate commerce, a firearm, identified as:

- A Glock 19, 9mm handgun with ammunition.

Prior Conviction

| Conviction Date | Offense | Court | Case Number |
|---|---|---|---|
| July 29, 2024 | Theft 2d Degree AS 11.46.130(a)(7) | Alaska Superior Court | 3PA-21-00405CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offense in violation of 18 U.S.C. §§ 922(g)(1) set forth in Count 1 of this Indictment, the defendant, KEADRON DEON WALKER, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in knowing violation of the offense, including but not limited to:

- A Glock 19, 9mm handgun SN VLF 538, and
- Associated ammunition and magazines.

//

//

//

//

//

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney

s/ Kathryn R. Vogel
KATHRYN R. VOGEL
First Assistant U.S. Attorney

DATE: February 18, 2025