MICHAEL J. HEYMAN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Stephan.Collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. KEADRON DEON WALKER, Defendant. | No. 3:25-cr-00014-TMB-KFR<br><br>COUNT 1:<br>FELON IN POSSESSION OF FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>COUNT 2:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE WITHIN 1000 FEET OF A PLAYGROUND<br>  Vio. of 21 U.S.C. §§ 860(a), 841(a)(1),(b)(1)(B)(viii), and (C)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |
|---|---|

**INDICTMENT**

The Grand Jury charges that:

//

//

## COUNT 1

Beginning at a date unknown to the grand jury and continuing until on or about February 13, 2025, within the District of Alaska, the defendant, KEADRON DEON WALKER, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition and a firearm, identified as:

- A Glock 19, 9mm handgun.

## Prior Conviction

| Conviction Date | Offense | Court | Case Number |
|---|---|---|---|
| July 29, 2024 | Theft 2d Degree AS 11.46.130(a)(7) | Alaska Superior Court | 3PA-21-00405CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT 2

On or about June 27, 2024, within the District of Alaska, and within 1,000 feet of the real property of a playground, the defendant, KEADRON DEON WALKER, did knowingly and intentionally distribute controlled substances, namely, 5 grams or more of pure methamphetamine, its salts, isomers, and salts of its isomers; and the schedule II controlled substance N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl).

All of which is in violation of 21 U.S.C. §§ 860(a), 841(a)(1), (b)(1)(B)(viii), and (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offense in violation of 18 U.S.C. §§ 922(g)(1) set forth in Count 1 of this Indictment, the defendant, KEADRON DEON WALKER, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in knowing violation of the offense, including but not limited to:

- A Glock 19, 9mm handgun SN VLF 538, and
- Associated ammunition and magazines.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE:   March 18, 2025