Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
317 East Spruce Street
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEADRON WALKER, <br><br> Defendant. | No. 3:25-cr-00014-SLG-KFR <br><br> **MOTION FOR EXTENTION OF TIME** |

On July 17, 2025, the Court issued Findings & Recommendations on Defendant Walker's pro se Motion to Suppress. Doc 92. Newly-appointed counsel for Defendant Walker now moves the Court for an extension of time until August 7, 2025 in which to file Objections to the Findings & Recommendations in order to allow counsel time to review the record in the case. The government is not opposed to this motion.

1

DATED this 1st day of August, 2025.

/s/ Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC